IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LUCAS B. HORTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-2371-E-BN |
| | § | |
| SOGNO TOURS LLC and MYVACATIONDISCOVER, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings and conclusions in this case recommending that Court should grant Defendant Sogno Tours LLC's motion to dismiss [Dkt. No. 10] and dismiss Plaintiff Lucas Horton's claims against Sogno Tours without prejudice for lack of personal jurisdiction. *See* Dkt. No. 17.

Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge [Dkt. No. 17].

SO ORDERED this 2nd day of September, 2026.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE